**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *Harold Harris, et al., v. Bayer Corp.* | Case No. 01-0132 |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the above-captioned matter may be and is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall each bear their own costs.

Dated: 6/8/04

Charles S. Zimmerman
Ronald S. Goldser
ZIMMERMAN REED P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400

*Attorneys for Plaintiffs*

SCANNED
JUN 17 2004
U.S. DISTRICT COURT MPLS

Dated: June 2, 2004

Susan Weber /SAW

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that this matter is dismissed with prejudice.

DATED: JUN 1 7 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Harris*, No. 01-0132